IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE: WALKER DEFENDANTS  *
       RESTITUTION FUND    *   MC 108-017
                           *

## O R D E R

In the captioned matter, the United States Attorney filed a "Motion to Strike and Disallow CSRA Classic, Inc. Claim" on October 20, 2008. Through this motion, the Government requests that this Court strike a claim filed by the CSRA Classic, Inc. on the evening of October 8, 2008. Earlier that day, the Court had entered an Order terminating, extinguishing and annulling "any and all interest of the CSRA Classic, Inc. and those of its officers and directors, in and to the Restitution Fund now on deposit in the registry of the court." (Order of Oct. 8, 2008, at 2.) The CSRA Classic, Inc. has filed no opposition or response to the motion to strike; accordingly, the motion to strike is deemed unopposed. Loc. R. 7.5, S.D. Ga.

Upon due consideration of the motion to strike, and having concluded that the subject claim is untimely for the reasons stated in the Government's motion, the "Motion to Strike and Disallow CSRA Classic, Inc. Claim" is hereby **GRANTED**.

The Clerk is directed to serve this Order upon the three previously appointed Commission members, the United States Attorney for the Southern District of Georgia, and Mr. Benjamin Allen, Esq.

**ORDER ENTERED** at Augusta, Georgia, this _18_ day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE